UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                              NO. 3:23-cr-62-TSL-LGI

JEFFREY ARWOOD MIDDLETON

DEFENDANT'S EXHIBIT LIST – SENTENCING
March 19, 2024

| No. | Description | Sponsor | ID | Evidence |
|---|---|---|---|---|
| D-1 | Demonstrative Exhibit – Template (1) (sealed) | Allie Whitten, USPO | | 03/19/2024 |
| D-2 | Demonstrative Exhibit – Template (2) (sealed) | Allie Whitten, USPO | | 03/19/2024 |
| D-A | Copy of Objection to PSR (sealed) | Allie Whitten, USPO | | 03/19/2024 |
| D-B | Government's Notice of Review of PSR (sealed) | Allie Whitten, USPO | | 03/19/2024 |
| D-C | Addendum to PSR (sealed) | Allie Whitten, USPO | | 03/19/2024 |
| D-E | Photo of Challenge Coin (sealed) | Allie Whitten, USPO | | 03/19/2024 |